IN THE MATTER OF:
RYAN PATRICK O'CONNOR

                Debtor(s).

_____/

CHAPTER 13
CASE NO. 16-42188-LSG
JUDGE: Gretchko

## DEBTOR'S MOTION TO REOPEN CASE TO ALLOW FILING OF THE FINANCIAL MANAGEMENT COURSE CERTIFICATE

1. Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on February 19, 2016.

2. On May 24, 2019, the Court closed the case without discharge due to the failure to file Financial Management Course Certificate.

3. Debtor since completed the Financial Management Course and it is attached to an exhibit to this Motion.

4. The Certification will be filed immediately upon reopening.

**WHEREFORE**, Debtor pray that this Court issue an order reopening their case and extending the time to file the Financial Management Course Certificate to September 14, 2022.

Dated: September 7, 2022

/s/ Drew P. Millitello
Drew Millitello (P73610)
Attorney for Debtor
Detroit Lawyers, PLLC
26711 Woodward Ave, Suite 207
Huntington Woods, MI 48070
Phone: (248) 237-7979
Email: *drew@detroitlawyers.com*